

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00525-CV

Juan Antonio Coronado, Francisco Soliz Ramirez, Roberto Rivera III, and Ruben Contreras

v.

Freedom Communications, Inc. d/b/a The Brownsville Herald and Valley Morning Star

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2008-03-1636-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 30, 2015